|  |  |
|---|---|
|  | Return Date: August 24th, 2017<br>Time: 1:30 P.M. |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x<br>IN RE: |  |
|  | Chapter 13<br>Case No. 16-10825 CGM |
| **JOEL H. HILLELSOHN,** | **NOTICE OF MOTION** |
| Debtor(s)<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x |  |

**PLEASE TAKE NOTICE,** that upon the annexed application of Jeffrey L. Sapir, the Chapter 13 Trustee herein, a motion will be made before the Hon. Cecelia G. Morris, United States Bankruptcy Judge, at the United States Courthouse, located at One Bowling Green, New York, New York , on the 24th day of August, 2017 at 1:30 P.M.  for an order dismissing the Chapter 13 case  pursuant to 11 U.S.C. § 1307 (c)(1), on the ground that there has been unreasonable delay by the debtor that is prejudicial to creditors; and §109(e) in that this debtor fails to qualify  under Chapter 13 on the ground that the unsecured debt exceeds the $394,725.00 limitation; and for such other and further relief as this Court deems just and proper.
 and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, are to be served on the undersigned and filed with the Court no later than three (3) days prior to the return date of this motion, and must comply with the Bankruptcy Court's electronic filing system in

accordance with General Order M-242 and Supplemental General Order M-269.

Dated: White Plains, New York
July 27th, 2017

                                              /s/ Jeffrey L. Sapir_____
                                              **Jeffrey L. Sapir (JLS 0938)**
                                              **Chapter 13 Trustee**
                                              **399 Knollwood Road**
                                              **White Plains, New York 10603**
                                              **Chapter 13 Tel. 914-328-6333**

**TO**:    United States Trustee
           201 Varick Street # 1006
           New York, New York 10014

           Joel H. Hillelsohn
           600 Columbus Avenue  # 4-L
           New York, New York 10024

           Joel Shafferman, Esq.
           Shafferman & Feldman, LLP 9th Floor
           New York, New York 1010

           Miriam Cohen-Hillelsohn
           c/o Douglas J. Pick, Esq.
           Pick & Zabicki LLP
           369 Lexington Avenue 12th Floor
           New York, New York 10017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
IN RE:

                                                             Chapter 13
                                                             Case No. 16-10825 CGM

**JOEL H. HILLELSOHN,**

                                                       **APPLICATION**
                Debtor(s)
---------------------------------x

**TO THE HON. CECELIA G. MORRIS, BANKRUPTCY JUDGE:**

    1.    The debtor(s) filed the instant voluntary Chapter 13 proceeding on April 5th, 2016.

    2.    The debtor fails to qualify under Chapter 13 on the ground that the debtor's unsecured debt of $481,375.15 exceeds the $383,175.00 limitation under the parameters of Chapter 13.

    3.    The debtor's plan is deemed infeasible.

    4.    The delay created by the debtor(s) is prejudicial to creditors.

    **WHEREFORE,** this Chapter 13 case should be dismissed pursuant to 11 U.S.C. §1307 (c)(1).

Dated: White Plains, New York
       July 27th, 2017

                                                            **/s/ Jeffrey L. Sapir**
                                                            **Jeffrey L. Sapir**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                                                    Chapter 13
                                                                                    Case No. 16-10825 CGM

**JOEL H. HILLELSOHN,**

                              Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER   ) ss.:

       Lois Rosemarie Esposito, being duly sworn, deposes and says:

       I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

       On July 27th, 2017, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO**:   United States Trustee
        201 Varick Street # 1006
        New York, New York 10014

        Joel H. Hillelsohn
        600 Columbus Avenue # 4-L
        New York, New York 10024

        Joel Shafferman, Esq.
        Shafferman & Feldman, LLP 9th Floor
        New York, New York 1010

16-10825-cgm    Doc 71    Filed 07/27/17    Entered 07/27/17 10:55:15    Main Document
Pg 5 of 6

      Miriam Cohen-Hillelsohn
      c/o Douglas J. Pick, Esq.
      Pick & Zabicki LLP
      369 Lexington Avenue 12th Floor
      New York, New York 10017

                                                             /s/ Lois Rosemarie Esposito
                                                                Lois Rosemarie Esposito

Sworn to before me this
27th   day of  July, 2017

   /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 02SA8764500
Qualified in Rockland County
Term Expires:  12/31/14